IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nestor Ermogenes Arroyo Quinteros, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) Case Number: _____ |
| v. | ) ) ) |
| DynCorp, *et al*. | ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE ANSWER OR MOTION IN RESPONSE TO
PLAINTIFFS' COMPLAINTS, INCLUDING MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT THEREOF**

The defendants in this case: DynCorp Aerospace Operations LLC, DynCorp Techserve LLC, DynCorp International LLC, and DynCorp (collectively "DynCorp International") hereby move for an enlargement of time until June 22, 2007, for the filing of their answer or other response to the plaintiffs' complaints. Counsel to the plaintiffs Stephen R. Terrell advised defendants' counsel Eric Lasker on June 5, 2007, that Mr. Terrell does not object to this enlargement until June 22, 2007.

**I.      Background.**

This case was initially filed in 2006 in the U.S. District Court for the Southern District of Florida, and was subsequently consolidated under the *Quinteros* caption with three other closely related cased filed in the same court over the ensuing months. The plaintiffs are 1632 Ecuadorian citizens and three Ecuadorian provinces, which allege that DynCorp International caused injury to people and property in Ecuador when defendant sprayed herbicide on coca plants in Colombia near its border with Ecuador. Defendant's aerial spraying activities were

carried out as part of its contract work for the United States government in connection with the international drug eradication program known as Plan Colombia.

In February 2007, DynCorp International moved to transfer this case to this Court where substantially similar allegations are pending in another case brought by Ecuadorians. *Arias et al. v. DynCorp,* No. 01CV01908 (RWR) (hereafter "*Arias*"). By its order dated May 22, 2007, the S.D. Fla. granted that motion and directed its Clerk to transfer this consolidated *Quinteros* action to this Court pursuant to 28 U.S.C. § 1404(a).

## II. Good Cause Exists for the Requested Enlargement.

Because DynCorp International wishes to coordinate all future motions, briefing and discovery in the four transferred *Quinteros* cases and in *Arias*, it filed a motion for a 60-day enlargement of time to answer or file dispositive motions in the *Arias* case on June 4, 2007. That motion sets out numerous reasons that an extension of time is appropriate to allow for coordination of the related cases now before this Court and for a possible amendment of the *Arias* complaint being considered by the *Arias* plaintiffs. The June 4, 2007 motion also disclosed that DynCorp International intends to file a motion in the *Arias* case to consolidate *Quinteros* with *Arias* and to seek a new consolidated complaint.

On June 5, 2007, counsel to DynCorp International advised counsel to the *Quinteros* plaintiffs that the defendant anticipated filing a similar motion for a 60-day enlargement of DynCorp International's answer date in this *Quinteros* case, and also advised *Quinteros* counsel of the defendant's intention to file a motion to consolidate. *Quinteros* plaintiffs' counsel Stephen Terrell responded that he would agree to an extension of DynCorp International's answer and dispositive motion deadline to June 22, 2007, in order to give Mr. Terrell and his co-counsel time to discuss what position they wish to take in response to the defendant's two anticipated

motions (*i.e.,* for a longer enlargement in the answer date and for consolidation of *Quinteros* into *Arias*).

Accordingly, this is an interim motion for enlargement that acknowledges plaintiffs' counsel's willingness to consent to a short enlargement at this time. If agreement among the parties is not reached in the interim, DynCorp International expects that it will be filing a second motion for a longer extension of time for its answer and dispositive motion deadline in order to coordinate that date with the similar extended deadline that has been requested in *Arias* case. Further, DynCorp expects to file its motion to consolidate on or after June 22, 2007, and will of course disclose plaintiffs' counsel's position on both motions in those filings.

Not only will the requested two-week extension provide plaintiffs' counsel with the time they wish to discuss their position about the anticipated defense motions, but it will allow defendant's counsel to conduct preliminary discussions with the U.S. Department of State, which must clear all statements made and all documents released by DynCorp International regarding its work on Plan Colombia.

In addition, during this period of coordination and discussions, it would be unfair to require DynCorp International to answer the consolidated *Quinteros* complaints when those cases are likely to be consolidated with *Arias* and when a new consolidated complaint may well follow such a consolidation.[1]

---

[1] *See In re Salter,* 1993 WL 366363 (6th Cir. 1993) (unpublished) (reversing the District Court's denial of a motion for enlargement based on the party's desire to first consolidate three related cases before filing a brief that would apply to all three cases); *Bay State Health Sys. v. Thompson,* 254 F. Supp. 2d 80, 82 (D.D.C. 2003) (Court order invited defendant to file plenary motion for enlargement of time to respond to the complaints in a newly consolidated action); *Clark v. USDA-RHS*, No. 106cv394, 2007 WL 610666 (W.D.N.C. Feb. 23, 2007) (extending answer date in light of the Court's consolidation of related cases); *Longman v. Physicians Resource Group, Inc.*, 2003 WL 22244675 (N.D. Tex. 2003) (while a motion to consolidate was

3

**III.    Conclusion.**

For the reasons set forth above, defendant DynCorp International respectfully requests a two-week enlargement, until June 22, 2007, to file its answer or other appropriate motion or pleading in response to the *Quinteros* complaints. A proposed order that would grant this request is submitted for the Court's consideration.

Dated:  June 8, 2007                                                        Respectfully submitted:

/s/ Rosemary Stewart
Joe G. Hollingsworth (D.C. Bar # 203273)
Katharine R. Latimer (D.C. Bar # 405137)
Eric G. Lasker (D.C. Bar # 430180)
Rosemary Stewart (D.C. Bar # 204438)
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

Attorneys for the Defendant
DynCorp International, *et al*.

472857v1

---

pending, the Court extended defendant's answer date to 45 days after the filing of an amended consolidated complaint).  The same kind of enlargement is fair in this case.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nestor Ermogenes Arroyo Quinteros, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>DynCorp, *et al*.<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case Number: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Having considered Defendants' Unopposed Motion for Enlargement of Time to File Answer or Motion in Response to Plaintiffs' Complaints, filed on June 8, 2007, it is hereby

ORDERED:  That defendants shall file their answer or motion in response to plaintiffs' complaint on or before June 22, 2007, unless a later date is permitted by the Court.


Dated: _____         _____

472859v1