# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Nestor Ermogenes Arroyo | ) | |
| Quinteros, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case Number: _____ |
| | ) | |
| v. | ) | |
| | ) | |
| DynCorp, *et al.* | ) | |
| | ) | |
| Defendants. | | |

## ENTRY OF APPEARANCE

Attorney Rosemary Stewart hereby enters her appearance in the above-captioned civil action as an additional attorney (not as lead counsel) for the defendants DynCorp, *et al.*

Ms. Stewart is a member in good standing of the bar of the District of Columbia since 1975 and has been admitted to practice before this Court and other federal courts.  In accordance with LCvR 83.6(a), the following lists Ms. Stewart's current business address, telephone number and bar identification number:

> Rosemary Stewart
> Spriggs & Hollingsworth
> 1350 I Street N.W.
> Washington, D.C.  20005
> (202) 898-5800
> D.C. Bar No. 204438

Dated:  June 8, 2007

Respectfully submitted:

/s/ Rosemary Stewart
Joe G. Hollingsworth (D.C. Bar # 203273)
Katharine R. Latimer (D.C. Bar # 405137)
Eric G. Lasker (D.C. Bar # 430180)
Rosemary Stewart (D.C. Bar # 204438)
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

472860v1

Attorneys for the Defendant
DynCorp *et al*.