IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nestor Emogenes Arroyo Quinteros, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DynCorp, *et al.* <br><br> Defendants. | Case Number: 1:07-cv-01042 (RWR) |

## ENTRY OF APPEARANCE

Attorneys Joe G. Hollingsworth, Katharine R. Latimer, and Eric G. Lasker hereby notice their entry of appearance in the above-captioned suit on behalf of the defendants DynCorp, *et al.* Each of these attorneys, Mr. Hollingsworth, Ms. Latimer and Mr. Lasker, along with Rosemary Stewart who earlier filed an entry of appearance in this case, are attorneys with the law firm of Spriggs & Hollingsworth, which has been retained by the DynCorp defendants for representation in this case.

Joe G. Hollingsworth, Katharine R. Latimer and Eric G. Lasker are each a member in good standing of the bar of the District of Columbia and each has been admitted to practice before this Court and other federal courts. In accordance with LCvR 83.6(a), the signature block below reflects the current business address, telephone number and bar identification numbers for

Mr. Hollingsworth, Ms. Latimer and Mr. Lasker.

Dated: June 13, 2007                                  Respectfully submitted:

/s/ Rosemary Stewart
Joe G. Hollingsworth (D.C. Bar # 203273)
Katharine R. Latimer (D.C. Bar # 405137)
Eric G. Lasker (D.C. Bar # 430180)
Rosemary Stewart (D.C. Bar #204438)
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

Counsel to the Defendants

473857v1