## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Nestor Emogenes Arroyo Quinteros, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case Number: 1:07-cv-01042 (RWR) |
| v. | ) ) ) |
| DynCorp, *et al.* | ) ) |
| Defendants. | ) ) |

### ENTRY OF APPEARANCE

Attorney Joe G. Hollingsworth hereby enters his appearance in the above-captioned civil action as one of the attorneys for the defendants DynCorp, *et al.*

Mr. Hollingsworth is a member in good standing of the bar of the District of Columbia and has been admitted to practice before this Court and other federal courts. In accordance with LCvR 83.6(a), Mr. Hollingsworth's current business address, telephone number and bar identification number are listed in the signature block below.

Dated:  June 18, 2007

Respectfully submitted:

Joe G. Hollingsworth (D.C. Bar # 203273)
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

Attorney for the Defendants
DynCorp, *et al.*