AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Nestor Quinteros et al., Plaintiffs    )
        Plaintiff(s)    )    **APPEARANCE**
                          )
                          )
          vs.    )    CASE NUMBER   07 1042 (RWR)
Dyncorp Aerospace Operations LLC,    )
et al.,    )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Robert Stephen Berry   as counsel in this
                               (Attorney's Name)

case for:   Nestor Quinteros et al., Plaintiffs (All Plaintiffs)
                     (Name of party or parties)

June 6, 2007
Date

                                      *[signature]*
                                    Signature

D.C. Bar No. 234815
BAR IDENTIFICATION

                                    R. Stephen Berry
                                    Print Name

                                    1717 Pennsylvania Ave., NW #450
                                    Address

                                    Washington, D.C. 20006
                                    City        State        Zip Code

                                    (202) 296-3020
                                    Phone Number