IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                                                                    CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.

_____/

## CONSENT MOTION TO ALLOW WILLIAM R. SCHERER; WILLIAM J. WICHMANN; WILLIAM R. SCHERER, III; JEFF L. FRAZIER; AND GREGORY R. BARTHELETTE TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 83.2(d) of the Rules Governing the Admission and Practice of Attorneys of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of **William R. Scherer; William J. Wichmann; William R. Scherer, III; Jeff L. Frazier; and Gregory R. Barthelette**, all of the law firm Conrad & Scherer, LLP, for purposes of appearing as co-counsel on behalf of NESTOR ERMOGENES QUINTEROS, et al., herein, in the above-style case only. Declarations from each of these counsel are submitted with this Motion.

In support of this Motion, Robert Stephen Berry of the law firm of Berry & Leftwich acts as local counsel in this matter on behalf of NESTOR ERMOGENES QUINTEROS, et al., Plaintiffs.

Defendants' counsel has authorized Plaintiffs to represent that Defendants have no objection to the relief requested by this Motion.

Date:  July 20, 2007                                   Respectfully submitted,

                                                       /s/ R. Stephen Berry
                                                       R. Stephen Berry
                                                       DC Bar No. 234815
                                                       Berry & Leftwich
                                                       1717 Pennsylvania Ave., N.W.
                                                       Suite 450
                                                       Washington D.C. 20006
                                                       Telephone: 202-296-3020
                                                       Facsimile:  202-296-3038
                                                       Email: sberry@berry-leftwich.com

2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on July 20, 2007, we electronically filed the foregoing document with accompanying proposed Order and Declarations with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ R. Stephen Berry
R. Stephen Berry
DC Bar No. 234815
Berry & Leftwich
1717 Pennsylvania Ave., N.W.
Suite 450
Washington D.C. 20006
Telephone: 202-296-3020
Facsimile: 202-296-3038
Email: sberry@berry-leftwich.com

## SERVICE LIST

### CIVIL ACTION NO.: 07 1042 (RWR)

William R. Scherer
William J. Wichmann
William R. Scherer, III
Jeff L. Frazier
Gregory R. Barthelette
Conrad & Scherer, LLP
P.O. Box 14723
Fort Lauderdale, FL 33302
Telephone: (954) 462-5500
Facsimile: (954) 463-9244
Emails: wrs@conradscherer.com
wjw@conradscherer.com
bs@conradscherer.com
jlf@conradscherer.com
gb@conradscherer.com
Counsel for Plaintiffs

Walter J. Lack
Stephen R. Terrell
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd.
16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434
Emails: wlack@elllaw.com
sterrell@elllaw.com

Counsel for Plaintiffs

Thomas V. Girardi
J. Paul Sizemore
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
E-mail: tgirardi@girardikeese.com
psizemore@girardikeesse.com
Counsel for Plaintiffs

Matthew J. Meyer
DLA Piper US LLP
101 East Kennedy Boulevard, Ste. 2000
Tampa, Florida 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447
Email: matthew.meyer@dlapiper.com
Counsel for Defendants

Joe G. Hollingsworth
Eric G. Lasker
Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005-3305
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: elasker@spriggs.com
jhollingsworth@spriggs.com
rstewart@spriggs.com
Counsel for Defendants

R. Stephen Berry
Berry & Leftwich
1717 Pennsylvania Ave., N.W.
Suite 450
Washington D.C. 20006
Telephone: 202-296-3020
Facsimile: 202-296-3038
E-mail: sberry@berry-leftwich.com
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                              CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.
_____/

### [PROPOSED] ORDER

UPON Plaintiffs' Motion to Allow William R. Scherer, William J. Wichmann, William R. Scherer, III, Jeff L. Frazier, and Gregory R. Barthelette to Appear *Pro Hac Vice* for Plaintiffs in the above-captioned matter, and good cause having been shown, it is hereby ORDERED that William R. Scherer, William J. Wichmann, William R. Scherer, III, Jeff L. Frazier, and Gregory R. Barthelette shall be allowed to appear *pro hac vice* on behalf of Plaintiffs in this matter throughout the course of this case.

SO ORDERED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

      Plaintiffs,

v.                        CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

      Defendants.
_____/

## DECLARATION OF WILLIAM R. SCHERER IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, William R. Scherer hereby declares as follows:

1. My name is William R. Scherer and I am admitted to the Florida Bar where I am a member in good standing. My office address is: Conrad & Scherer, LLP, 633 South Federal Highway, Suite 800, Fort Lauderdale, Florida, 954-462-5500. My telephone number is 954-462-5500.

2. I am currently admitted to the following Bars:

    a) Florida Bar (Florida Bar No. 169454)

    b) Indiana Bar (Indiana Bar No. 17838)

    c) Federal Bar Southern District of Florida (Florida Bar No. 169454)

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years. However, on May 30, 2002, I was admitted *pro hac vice* to represent the Defendants in the following action: UNITED STATES OF AMERICA, ex rel. ROBERT R. PURCELL, Plaintiffs vs. MWI CORPORATION and J. DAVID ELLER, Defendant., Civil Action No. 1:98CIV02088 RMU/DAR.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2007.

*William R. Scherer*
William R. Scherer
CONRAD & SCHERER, LLP
633 South Federal Highway,
8th Floor
P.O. Box 14723
Fort Lauderdale, FL 33302
Tel: 954-462-5500
Fax: 954-463-9244
E-Mail: wrs@conradsherer.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

      Plaintiffs,

v.                                     CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

      Defendants.
_____/

### DECLARATION OF WILLIAM R. SCHERER, III IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, William R. Scherer, III hereby declares as follows:

1. My name is William R. Scherer, III and I am admitted to the Florida Bar where I am a member in good standing. My office address is: Conrad & Scherer, LLP, 633 South Federal Highway, Suite 800, Fort Lauderdale, Florida, 954-462-5500. My telephone number is 954-462-5500.

2. I am currently admitted to the following Bars:

    Florida Bar (Florida Bar No. 041671)

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July ___, 2007.

                                        William R. Scherer, III
                                        CONRAD & SCHERER, LLP
                                        633 South Federal Highway
                                        P.O. Box 14723
                                        Fort Lauderdale, FL 33302
                                        Tel: 954-462-5500
                                        Fax: 954-463-9244
                                        E-Mail: bs@conradsherer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                                      CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.
_____/

### DECLARATION OF WILLIAM J. WICHMANN IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, William J. Wichmann hereby declares as follows:

1. My name is William J. Wichmann and I am admitted to the Florida Bar where I am a member in good standing. My office address is: Conrad & Scherer, LLP, 633 South Federal Highway, Suite 800, Fort Lauderdale, Florida, 954-462-5500. My telephone number is 954-462-5500.

2. I am currently admitted to the following Bars:

    a) Florida Bar (Florida Bar No. 313270)

    b) Texas Bar (Texas Bar No. 21417900)

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July _____, 2007.

                                                  William J. Wichmann
                                                  CONRAD & SCHERER, LLP
                                                  633 South Federal Highway, 8th Floor
                                                  P.O. Box 14723
                                                  Fort Lauderdale, FL 33302
                                                  Tel: 954-462-5500
                                                  Fax: 954-463-9244
                                                  E-Mail: wjw@conradsherer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                                                    CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.
_____/

### DECLARATION OF JEFF L FRAZIER IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, Jeff L. Frazier hereby declares as follows:

1. My name is Jeff L. Frazier and I am admitted to the Texas Bar where I am a member in good standing. My office address is: Conrad & Scherer, LLP, 633 South Federal Highway, Suite 800, Fort Lauderdale, Florida, 954-462-5500. My telephone number is 954-462-5500.

1. I am currently admitted to the following Bars:

    Texas Bar (Texas Bar No. 070404950).

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2007.

By _____
Jeff L. Frazier
CONRAD & SCHERER, LLP
633 South Federal Highway,
8th Floor
P.O. Box 14723
Fort Lauderdale, FL 33302
Tel: 954-462-5500
Fax: 954-463-9244
E-Mail: jlf@conradsherer.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, et al.,

        Plaintiffs,

v.                            CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, et al.

        Defendants.
_____/

### DECLARATION OF GREGORY R. BARTHELETTE IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, Gregory R. Barthelette hereby declares as follows:

1. My name is Gregory R. Barthelette and I am admitted to the Florida Bar where I am a member in good standing. My office address is: Conrad & Scherer, LLP, 633 South Federal Highway, Suite 800, Fort Lauderdale, Florida, 954-462-5500. My telephone number is 954-462-5500.

2. I am currently admitted to the following Bars:

    a) Florida Bar (Florida Bar No. 791296)

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2007.

                                                Gregory R. Barthelette
                                                CONRAD & SCHERER, LLP
                                                633 South Federal Highway, 8th Floor
                                                P.O. Box 14723
                                                Fort Lauderdale, FL 33302
                                                Tel: 954-462-5500
                                                Fax: 954-463-9244
                                                E-Mail: gb@conradsherer.com