IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                                         CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.
_____/

## CONSENT MOTION TO ALLOW WALTER J. LACK, STEPHEN R. TERRELL, THOMAS V. GIRARDI, AND J. PAUL SIZEMORE TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 83.2(d) of the Rules Governing the Admission and Practice of Attorneys of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of **Walter J. Lack** and **Stephen R. Terrell**, of the law firm Engstrom, Lipscomb and Lack, and **Thomas V. Girardi** and **J. Paul Sizemore**, of the law firm Girardi and Keese, for purposes of appearing as co-counsel on behalf of NESTOR ERMOGENES QUINTEROS, et al., herein, in the above-style case only. Declarations from each of these counsel are submitted with this Motion.

In support of this Motion, Robert Stephen Berry of the law firm of Berry & Leftwich acts as local counsel in this matter on behalf of NESTOR ERMOGENES QUINTEROS, et al., Plaintiffs.

Defendants' counsel has authorized Plaintiffs to represent that Defendants have no objection to the relief requested by this Motion.


Date:  July 20, 2007                                           Respectfully submitted,

                                                               /s/ R. Stephen Berry
                                                               R. Stephen Berry
                                                               DC Bar No. 234815
                                                               Berry & Leftwich
                                                               1717 Pennsylvania Ave., N.W.
                                                               Suite 450
                                                               Washington D.C. 20006
                                                               Telephone: 202-296-3020
                                                               Facsimile:  202-296-3038
                                                               Email: sberry@berry-leftwich.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on July 20, 2007, we electronically filed the foregoing document with accompanying proposed Order and Declarations with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ R. Stephen Berry
R. Stephen Berry
DC Bar No. 234815
Berry & Leftwich
1717 Pennsylvania Ave., N.W.
Suite 450
Washington D.C. 20006
Telephone: 202-296-3020
Facsimile: 202-296-3038
Email: sberry@berry-leftwich.com

## SERVICE LIST

### CIVIL ACTION NO.: 07 1042 (RWR)

William R. Scherer  
William J. Wichmann  
William R. Scherer, III  
Jeff L. Frazier  
Gregory R. Barthelette  
Conrad & Scherer, LLP  
P.O. Box 14723  
Fort Lauderdale, FL 33302  
Telephone: (954) 462-5500  
Facsimile: (954) 463-9244  
Emails: wrs@conradscherer.com  
  wjw@conradscherer.com  
  bs@conradscherer.com  
  jlf@conradscherer.com  
  gb@conradscherer.com  
Counsel for Plaintiffs

Matthew J. Meyer  
DLA Piper US LLP  
101 East Kennedy Boulevard, Ste. 2000  
Tampa, Florida 33602  
Telephone: (813) 229-2111  
Facsimile: (813) 229-1447  
Email: matthew.meyer@dlapiper.com  
Counsel for Defendants

Walter J. Lack  
Stephen R. Terrell  
Engstrom, Lipscomb & Lack  
10100 Santa Monica Blvd.  
16th Floor  
Los Angeles, CA 90067  
Telephone: (310) 552-3800  
Facsimile: (310) 552-9434  
Emails: wlack@elllaw.com  
  sterrell@elllaw.com

Counsel for Plaintiffs

Joe G. Hollingsworth  
Eric G. Lasker  
Rosemary Stewart  
Spriggs & Hollingsworth  
1350 I Street, N.W.  
Washington, D.C. 20005-3305  
Telephone: (202) 898-5800  
Facsimile: (202) 682-1639  
Email: elasker@spriggs.com  
  jhollingsworth@spriggs.com  
  rstewart@spriggs.com  
Counsel for Defendants

Thomas V. Girardi  
J. Paul Sizemore  
Girardi & Keese  
1126 Wilshire Blvd.  
Los Angeles, CA 90017  
Telephone: (213) 977-0211  
Facsimile: (213) 481-1554  
E-mail: tgirardi@girardikeese.com  
psizemore@girardikeesse.com  
Counsel for Plaintiffs

R. Stephen Berry  
Berry & Leftwich  
1717 Pennsylvania Ave., N.W.  
Suite 450  
Washington D.C. 20006  
Telephone: 202-296-3020  
Facsimile: 202-296-3038  
E-mail: sberry@berry-leftwich.com  
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.     CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.
_____/

## [PROPOSED] ORDER

UPON Plaintiffs' Motion to Allow Walter J. Lack, Stephen R. Terrell, Thomas V. Girardi, and J. Paul Sizemore to Appear *Pro Hac Vice* for Plaintiffs in the above-captioned matter, and good cause having been shown, it is hereby ORDERED that Walter J. Lack, Stephen R. Terrell, Thomas V. Girardi, and J. Paul Sizemore shall be allowed to appear *pro hac vice* on behalf of Plaintiffs in this matter throughout the course of this case.

SO ORDERED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                                    CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.
_____/

## DECLARATION OF WALTER J. LACK IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, Walter J. Lack hereby declares as follows:

1. My name is Walter J. Lack and I am admitted to the California State Bar where I am a member in good standing. My office address is: Engstrom, Lipscomb and Lack, 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067, (310) 552-3800.

2. I have been a member of the State Bar of California since November 8, 1973. I am also admitted to practice law before the following courts:

>  The United States District Court for the Central District of California
>  Admitted – November 8, 1973
>
>  The United States District Court for the Ninth Circuit
>  Admitted – 1972

The United States Supreme Court
Admitted - 1981

The United States District Court for the District of Hawaii
Admitted – February 1, 2001

The United States District Court for the District of Indiana,
Indianapolis Division
Admitted – June 2004

3. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court within the past two years In re the matter of <u>Northwestern Band of Shoshone v. Dirk Kempthorne</u> etc. et al Case No. 1:06-cv-00914-LB.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 19th day of July, 2007.

By: _____
Walter J. Lack
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, California 90067
Tel: 310-552-3800
Fax: 310-552-9245
E-Mail: wlack@elllaw.com

291047

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, et al.,

        Plaintiffs,

v.                               CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, et al.

        Defendants.
_____/

## DECLARATION OF STEPHEN R. TERRELL IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, Stephen R. Terrell hereby declares as follows:

1. My name is Stephen R. Terrell and I am admitted to the California State Bar where I am a member in good standing. My office address is: 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067, (310) 552-3800.

1. I am currently admitted to the following Bars:

    California Bar (California Bar No. 210004).

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2007

By _____
Stephen R. Terrell
10100 Santa Monica Boulevard,
16th Floor
Los Angeles, California 90067
Tel: 310-552-3800
Fax: 310-552-9434
E-Mail: sterrell@elllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

      Plaintiffs,

v.   CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

      Defendants.
_____/

## DECLARATION OF THOMAS V. GIRARDI IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, Thomas V. Girardi hereby declares as follows:

1. My name is Thomas V. Girardi and I am admitted to the State Bar of California where I am a member in good standing. My office address is: Girardi and Keese, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904, (213)-977-0211.

1. I have been a member of the State Bar of California since January 13, 1965 (State Bar No. 36603). I am also admitted to practice law before the following courts:

    a) The United States District Court for the Central for the District of California; admitted January 1965.

    b) The United States Supreme Court; admitted, January 1965.

    c) The United States District Court for the District of Hawaii; admitted, 2001.

    d) The United States District Court for the District of Indiana; admitted, 2004.

    e) The United States District Court for the District of Louisiana; admitted 2006.

    f) The United States District Court for the Southern District of Columbia; admitted June, 2006. The case number is 1:05CV02495 RCL and the case name is Lower Brule Sioux Tribe, et al. vs. Gale Norton, Ross O. Swimmer Compel, John W. Snow.

3. I certify that I have never been disciplined by any bar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2007.

By /s/ Thomas V. Girardi
Thomas V. Girardi
Girardi and Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: 213-977-0211
Fax: 213-481-1554
tgirardi@girardikeesse.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

      Plaintiffs,

v.

DYNCORP AEROSPACE
OPERATIONS, *et al.*

      Defendants.

CIVIL ACTION NO.: 07 1042 (RWR)

## DECLARATION OF J. PAUL SIZEMORE IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, J. Paul Sizemore hereby declares as follows:

1. My name is J. Paul Sizemore and I am admitted to the Alabama Bar where I am a member in good standing. My office address is: Girardi and Keese, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904, (213)-977-0211.

1. I am currently admitted to the following Bars:

    a) Alabama Bar (Alabama Bar No. ABS-9286-077 J)

    b) Tennessee Bar (Tennessee Bar No. 022360)

    c) Georgia Bar (Georgia Bar No. 649446)

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2007.

By *[signature: Paul S.]*
J. Paul Sizemore
Girardi and Keesse
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: 213-977-0211
Fax: 213-481-1554
psizemore@girardikeesse.com