IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                                CIVIL ACTION NO.:  07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, *et al.*

        Defendants.
_____/

## SUBMISSION OF CORRECTED DECLARATION IN SUPPORT OF CONSENT MOTION TO ALLOW WALTER J. LACK, STEPHEN R. TERRELL, THOMAS V. GIRARDI, AND J. PAUL SIZEMORE TO APPEAR *PRO HAC VICE*

Plaintiffs respectfully submit the appended Corrected Declaration of Thomas V. Girardi in Support of Plaintiffs' Consent Motion to Allow Walter J. Lack, Stephen R. Terrell, Thomas V. Girardi, and J. Paul Sizemore to Appear *Pro Hac Vice*. The original Declaration submitted on July 20, 2007 inadvertently did not contain a list of previous cases in which Mr. Girardi had been admitted *pro hac vice* or the certification that Mr. Girardi does not practice from an office in the District of Columbia. Plaintiffs apologize for these omissions.

Date:  July 23, 2007                         Respectfully submitted,

                                              /s/ R. Stephen Berry
                                            R. Stephen Berry
                                            DC Bar No. 234815
                                            Berry & Leftwich
                                            1717 Pennsylvania Ave., N.W.
                                            Suite 450
                                            Washington D.C. 20006
                                            Telephone: 202-296-3020
                                            Facsimile:  202-296-3038
                                            Email: sberry@berry-leftwich.com

                                            Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on July 23, 2007, we electronically filed the foregoing document with accompanying proposed Order and Declarations with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ R. Stephen Berry
R. Stephen Berry
DC Bar No. 234815
Berry & Leftwich
1717 Pennsylvania Ave., N.W.
Suite 450
Washington D.C. 20006
Telephone: 202-296-3020
Facsimile: 202-296-3038
Email: sberry@berry-leftwich.com

## SERVICE LIST

### CIVIL ACTION NO.: 07 1042 (RWR)

William R. Scherer
William J. Wichmann
William R. Scherer, III
Jeff L. Frazier
Gregory R. Barthelette
Conrad & Scherer, LLP
P.O. Box 14723
Fort Lauderdale, FL 33302
Telephone: (954) 462-5500
Facsimile: (954) 463-9244
Emails: wrs@conradscherer.com
         wjw@conradscherer.com
         bs@conradscherer.com
         jlf@conradscherer.com
         gb@conradscherer.com
Counsel for Plaintiffs

Walter J. Lack
Stephen R. Terrell
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd.
16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434
Emails: wlack@elllaw.com
         sterrell@elllaw.com

Counsel for Plaintiffs

Thomas V. Girardi
J. Paul Sizemore
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
E-mail: tgirardi@girardikeese.com
psizemore@girardikeesse.com
Counsel for Plaintiffs

Matthew J. Meyer
DLA Piper US LLP
101 East Kennedy Boulevard, Ste. 2000
Tampa, Florida 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447
Email: matthew.meyer@dlapiper.com
Counsel for Defendants

Joe G. Hollingsworth
Eric G. Lasker
Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005-3305
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: elasker@spriggs.com
         jhollingsworth@spriggs.com
         rstewart@spriggs.com
Counsel for Defendants

R. Stephen Berry
Berry & Leftwich
1717 Pennsylvania Ave., N.W.
Suite 450
Washington D.C. 20006
Telephone: 202-296-3020
Facsimile: 202-296-3038
E-mail: sberry@berry-leftwich.com
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, et al.,

        Plaintiffs,

v.                                    CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, et al.

        Defendants.
_____/

### DECLARATION OF THOMAS V. GIRARDI IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, Thomas V. Girardi hereby declares as follows:

1. My name is Thomas V. Girardi and I am admitted to the State Bar of California where I am a member in good standing. My office address is: Girardi and Keese, 1126 Wilshire Boulevard, Los Angeles, CA 90017-1904, (213)-977-0211.

2. I have been a member of the State Bar of California since January 13, 1965 (State Bar No. 36603). I am also admitted to practice law before the following courts:

    a) The United States District Court for the Central for the District of California; admitted January 1965.

    b) The United States Supreme Court; admitted, January 1965.

    c) The United States Court of Federal Claims.

3. I certify that I have never been disciplined by any bar.

4. I have been admitted *pro hac vice* in this Court within the past two years in the following cases:

    a) Cheyenne River Sioux Tribe vs. Dirk Kempthorne, et al., Case No. 1:06-CV-01897 RCL;

    b) Crow Creek Sioux Tribe vs. Dirk Kempthorne, et al.., Case No. 1:04-CV 00900 RCL;

c) Confederated Tribes of the Goshute Reservation vs. Dirk Kempthorne, et al., Case No. 1:06-CV-01902-JR;

d) Eastern Shawnee Tribe of Oklahoma vs. Dirk Kempthorne, et al., Case No. 1:06-CV-2162;

e) Iowa Tribe of Kansas and Nebraska vs. Dirk Kempthorne, et al., Case No. 1:06-CV-01899-JR;

f) Lower Brule Sioux Tribe vs. Dirk Kempthorne, et al., Case No. 1:05-CV-02495 RCL;

g) Muscogee (Creek) Nation of Oklahoma vs. Dirk Kempthorne, et al., Case No. 1:06-CV-2161;

h) Northwestern Band of Shoshone vs. Dirk Kempthorne, et al., Case No. 1:06-CV-02163;

i) Omaha Tribe of Nebraska vs. Dirk Kempthorne, et al., Case No. 1:04-CV-00901 RCL;

j) Oglala Sioux Tribe vs. Dirk Kempthorne, et al., Case No. 1:04-CV-01126-JR;

k) Prairie Band of Potawatomi Nation vs. Dirk Kempthorne, et al., Case No. 1:05-CV-02496 RCL

l) Red Cliff Band of Lake Superior Chippewa vs. Dirk Kempthorne, et al., Case No. 1:06-CV-02164;

m) Rosebud Sioux Tribe vs. Dirk Kempthorne, et al., Case No. 1:05-CV-02492 RCL;

n) Stillaguamish Tribe of Indian vs. Dirk Kempthorne, et al., Case No. 1:06-CV-01898-JR;

o) Winnebago Tribe of Nebraska vs. Dirk Kempthorne, et al., Case No. 1:05-CV-02493 RCL;

p) Wyandot Nation of Kansas vs. Dirk Kempthorne, et al., Case No. 1:05-CV-02491 RCL.

5. I am not engaged in the practice of law from an office located in the District of Columbia

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Executed on July 20, 2007.

By /s/ _____
Thomas V. Girardi
Girardi and Keesse
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: 213-977-0211
Fax: 213-481-1554
tgirardi@girardikeesse.com

3