IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NESTOR ERMOGENES ARROYO QUINTEROS,** *et al.*, | Case No. 07cv1042 (RWR) |
| **Plaintiffs,** | |
| v. | |
| **DYNCORP AEROSPACE OPERATIONS LLC.,** *et al.* | |
| **Defendants.** | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Michael J. Madigan as counsel in this case for Nestor Quinteros et al., Plaintiffs (All Plaintiffs).

Dated: September 17, 2007

                              Respectfully submitted,

                              /s/ Michael J. Madigan
                              Michael J. Madigan (D.C. Bar No. 71183)

                              AKIN GUMP STRAUSS HAUER & FELD LLP
                              1333 New Hampshire Ave., N.W.
                              Washington, DC 20036
                              Telephone: (202) 887-4017
                              Facsimile: (202) 887-4288
                              Email: mmadigan@akingump.com

                              *Counsel for Plaintiffs*

## Certificate of Service

I HEREBY certify that on September 17, 2007, I caused a copy of the foregoing Notice of Appearance to be filed electronically. I understand that, pursuant to Local Civil Rule 5.4(d), notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael J. Madigan_____
Michael J. Madigan

**SERVICE LIST**

CIVIL ACTION NO.: 07-01042 (RWR)

William J. Wichmann
Conrad & Scherer, LLP
P.O. Box 14723
For Lauderdale, FL 33302
Tel.:   (954) 462-5500
Fax:   (954) 463-9244
Email:  wjw@conradscherer.com
Counsel for Plaintiffs

Walter J. Lack
Stephen R. Terrell
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd.
16th Floor
Los Angeles, CA 90067
Tel.:   (310) 552-3800
Fax:   (310) 552-9434
Emails:  wlack@ellaw.com
         sterrell@elllaw.com
Counsel for Plaintiffs

Thomas V. Girardi
J. Paul Sizemore
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel.:   (213) 977-0211
Fax:   (213) 481-1554
Emails:  tgirardi@girardikeese.com
         psizemore@girardikeese.com
Counsel for Plaintiffs

Matthew J. Meyer
DLA Piper US LLP
101 East Kennedy Boulevard, Ste. 2000
Tampa, FL 33602
Tel.:   (813) 229-2111
Fax:   (813) 229-1447
Email:  matthew.meyer@dlapiper.com
Counsel for Defendants

Joe G. Hollingsworth
Eric G. Lasker
Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street. N.W.
Washington, DC 20005-3305
Tel.:   (202) 898-5800
Fax:   (202) 682-1639
Emails:  elasker@spriggs.com
         jhollingsworth@sprigss.com
         rstewart@spriggs.com
Counsel for Defendants

R. Stephen Berry
Berry & Leftwich
1717 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel.:   (202) 296 3020
Fax:   (202) 296-3038
Email:  sberry@berry-leftwich.com
Counsel for Plaintiffs