IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NESTOR QUINTEROS, *et al.*,

        Plaintiffs,

v.                              CIVIL ACTION NO.: 07 1042 (RWR)

DYNCORP AEROSPACE
OPERATIONS, L.L.C., *et al.*

        Defendants.

## NOTICE OF WITHDRAWAL AS COUNSEL

To the Clerk of this Court and all parties of record:

Pursuant to a Notice of Appearance entered on June 6, 2007, Robert Stephen Berry of the law firm of Berry & Leftwich has acted as local counsel in this matter on behalf of Nestor Ermogenes Quinteros, et al., Plaintiffs. On September 17, 2007, Plaintiffs served a Notice of Appearance for new local counsel, Michael J. Madigan, of the law firm of Akin Gump Strauss Hauer & Feld, LLP.

WHEREFORE, pursuant to LCvR 83.6(b), Robert Stephen Berry and the law firm of Berry & Leftwich hereby serve Notice of Withdrawal as counsel for Plaintiffs in this matter.

Date: September 24, 2007                    Respectfully submitted,

                                                      /s/ R. Stephen Berry
                                                      R. Stephen Berry
                                                      DC Bar No. 234815
                                                      Berry & Leftwich
                                                      1717 Pennsylvania Ave., N.W.
                                                      Suite 450
                                                      Washington D.C. 20006
                                                      Telephone: 202-296-3020
                                                      Facsimile: 202-296-3038
                                                      Email: sberry@berry-leftwich.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2007, I caused a copy of the foregoing Notice of Withdrawal as Counsel to be filed electronically with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ R. Stephen Berry
R. Stephen Berry
DC Bar No. 234815
Berry & Leftwich
1717 Pennsylvania Ave., N.W.
Suite 450
Washington D.C. 20006
Telephone: 202-296-3020
Facsimile: 202-296-3038
Email: sberry@berry-leftwich.com

## SERVICE LIST

## CIVIL ACTION NO.: 07 1042 (RWR)

William R. Scherer
William J. Wichmann
William R. Scherer, III
Jeff L. Frazier
Gregory R. Barthelette
Conrad & Scherer, LLP
P.O. Box 14723
Fort Lauderdale, FL 33302
Telephone: (954) 462-5500
Facsimile: (954) 463-9244
Emails:  wrs@conradscherer.com
          wjw@conradscherer.com
          bs@conradscherer.com
          jlf@conradscherer.com
          gb@conradscherer.com
Counsel for Plaintiffs

Walter J. Lack
Stephen R. Terrell
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd.
16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434
Emails: wlack@elllaw.com
         sterrell@elllaw.com

Counsel for Plaintiffs

Thomas V. Girardi
J. Paul Sizemore
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
E-mail: tgirardi@girardikeese.com
psizemore@girardikeesse.com
Counsel for Plaintiffs

Matthew J. Meyer
DLA Piper US LLP
101 East Kennedy Boulevard, Ste. 2000
Tampa, Florida 33602
Telephone: (813) 229-2111
Facsimile: (813) 229-1447
Email: matthew.meyer@dlapiper.com
Counsel for Defendants

Joe G. Hollingsworth
Eric G. Lasker
Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005-3305
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: elasker@spriggs.com
        jhollingsworth@spriggs.com
        rstewart@spriggs.com
Counsel for Defendants

Michael J. Madigan
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4017
Facsimile: (202) 887-4288
Email: mmadigan@akingump.com

Counsel for Plaintiffs