### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Venacio Aguasanta Arias, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DynCorp, *et al*. ) <br> ) <br> Defendants. ) <br> ) <br> Nestor Emogenes Arroyo ) <br> Quinteros, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DynCorp, *et al*. ) <br> ) <br> Defendants. ) <br> ) | Case Number: 1:01CV01908 (RWR) <br><br> Consolidated for Case Management and Discovery with *Quinteros*: 1:07CV01042 (RWR) |

### UNOPPOSED MOTION TO CONSOLIDATE
### FILINGS UNDER THE COURT'S CM-ECF SYSTEM

The defendants (collectively "DynCorp International") hereby request that the Court direct the Clerk's Office to consolidate the filings in the above-captioned cases so that a filing made by counsel to any party will be served automatically on all other parties' counsel in both cases. This issue was discussed at the initial conference of all parties' counsel held pursuant to D.D.C. LCvR.16.3 and Fed. R. Civ. P. 26(f) on October 30, 2007, and all counsel agreed that this request should be made and that it would not be opposed by any party.

**Background**

On July 30, 2007, the Court consolidated the above-captioned cases for discovery and case management purposes only. See the 7/30/07 Minute Order in the *Arias* case and the 7/30/07 Minute Order in the *Quinteros* case. The Clerk's Office has advised the undersigned counsel's firm that it will not consolidate the filings and the lists of counsel for service purposes in its CM-ECF system unless a case has been consolidated *for all purposes*, or unless the Clerk has been directed to do so by one of the Judges.

**Request**

Accordingly, defendants respectfully request that the Court instruct the Clerk to take whatever actions are appropriate to permit filings in either of the above-captioned cases to be filed in the Court's CM-ECF system and served automatically on all counsel in both cases. A proposed order to accomplish this is attached for the Court's consideration.

Dated: November 6, 2007                    Respectfully submitted:


   /s/ Rosemary Stewart
Joe G. Hollingsworth (D.C. Bar # 203273)
Katharine R. Latimer (D.C. Bar # 405137)
Eric G. Lasker (D.C. Bar # 430180)
Rosemary Stewart (D.C. Bar # 204438)
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

Attorneys for the Defendants
DynCorp International, *et al*.

501174v1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Venacio Aguasanta Arias, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DynCorp, *et al*. ) <br> ) <br> Defendants. ) <br> ) <br> Nestor Emogenes Arroyo ) <br> Quinteros, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DynCorp, *et al*. ) <br> ) <br> Defendants. ) <br> ) | Case Number: 1:01CV01908 (RWR) <br><br> Consolidated with 1:07CV01042 (RWR) for Discovery and Case Management Purposes |

**ORDER**

Having considered the defendants' unopposed motion requesting that the filings in the above captioned two cases be consolidated in the Court's CM-ECF system, the Clerk is instructed to do this in whatever manner will permit filings in either of these cases to be filed in the Court's CM-ECF system and served automatically on all counsel in both cases. It is understood that the cases have previously been consolidated only for discovery and case management purposes and this order does not change that fact.

Signed this ___ day of November, 2007.

 

 

Richard W. Roberts
United States District Judge

501174v1