## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nestor Ermogenes Arroyo Quinteros, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> DynCorp, *et al*. ) <br> Defendants. ) <br> ) <br> ) <br> Venancio Aguasanta Arias, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DynCorp, *et al*. ) <br> Defendants. ) | Case Number: 1:07CV01042 (RWR) <br><br> Consolidated for Discovery with <br> 1:01CV01908 (RWR) |

### CONSENT NOTICE

The parties to both cases identified above have agreed to alter certain of the deadlines and related text in the Court's November 27, 2007 Scheduling Order entered in both cases, so that Paragraph 1 of those Orders is changed as follows:

1. The previous references to "class discovery" and "class certification" are eliminated in light of the elimination of the class claims in the *Arias* case.

2. The references to the "*Quinteros* Questionnaire" are changed to the "Plaintiffs' Questionnaire" because it will be used by all plaintiffs in both cases.

3. The Plaintiffs' Questionnaire responses, which will also serve as supplemental Initial Disclosures, shall be delivered to the defendants as follows:

   Initial 800 Plaintiffs' Questionnaire responses by June 25, 2008; and

   All remaining Plaintiffs' Questionnaire responses by August 25, 2008.

4. Fact discovery shall begin on August 25, 2008, or the date by which all Plaintiffs' Questionnaire responses have been served on the defendants, whichever is later. It is understood

however that plaintiffs' counsel will send to defendants' counsel in advance of this date, copies of plaintiffs' discovery requests to the defendants and that defendants will send copies of such requests to the U.S. Department of State for its review in anticipation of the start of discovery.

The consent of the parties to these changes has been obtained, as reflected by the signatures below.

The parties will advise the Court if they believe that further modifications to the schedule are warranted.

Dated:  April 17, 2008                                                        Respectfully submitted:


/s/ Rosemary Stewart with permission         /s/ Rosemary Stewart
Terry Collingsworth (D.C. Bar No. 471830)    Joe G. Hollingsworth (D.C. Bar # 203273)
Natacha Thys (D.C. Bar No. 458143)           Eric G. Lasker (D.C. Bar # 430180)
CONRAD & SCHERER, LLP                        Rosemary Stewart (D.C. Bar # 204438)
731 8th Street, S.E.                         SPRIGGS & HOLLINGSWORTH
Washington, DC  20003                        1350 I Street, NW
Phone: (202) 543-4001                        Washington, D.C. 20005
Fax: (866) 803-1125                          Phone: (202) 898-5800
                                             Fax: (202) 682-1639
Attorneys for the *Arias* Plaintiffs
                                             Attorneys for the Defendants
                                             DynCorp International, *et al*.


                                             /s/ Rosemary Stewart with permission
                                             William R. Scherer
                                             William R. Scherer III
                                             William J. Wichmann
                                             Jeff Frazier
                                             CONRAD & SCHERER, LLP
                                             P. O. Box 14723
                                             Fort Lauderdale, fl  33301
                                             Phone: (954) 847-3374
                                             Fax: (954) 463-9244

                                             Attorneys for the *Quinteros* Plaintiffs


540829v1

2