JUDGE'S COPY

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>7-1042 | DATE REFERRED:<br><br>8/5/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Discovery Disputes | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>ROBINSON |

| PLAINTIFF(S):<br> QUINTEROS | DEFENDANT(S):<br> DYNCORP |
|---|---|

ENTRIES:

MOTION TO COMPEL PENDING

MAGISTRATE JUDGE'S COPY

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>7-1042 | DATE REFERRED:<br><br>8/5/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Discovery Disputes | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>ROBINSON |

| PLAINTIFF (S) :<br> QUINTEROS | DEFENDANT(S):<br> DYNCORP |
|---|---|

| ENTRIES: |
|---|
| MOTION TO COMPEL PENDING |

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>7-1042 | DATE REFERRED:<br><br>8/5/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Discovery Disputes | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>ROBINSON |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| QUINTEROS | DYNCORP |

ENTRIES:

MOTION TO COMPEL PENDING

COURTROOM DEPUTY COPY (Magistrate Judge)

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>7-1042 | DATE REFERRED:<br><br>8/5/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Discovery Disputes | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>ROBINSON |

| PLAINTIFF(S):<br><br>QUINTEROS | DEFENDANT(S):<br><br>DYNCORP |
|---|---|

ENTRIES:

MOTION TO COMPEL PENDING