AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Quinteros, et. al.

        Plaintiff(s)    )
                              )  **APPEARANCE**
                              )
            vs.      )  CASE NUMBER  1:07-cv-01042-RWR-DAR
DynCorp, et. al.          )
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Terry Collingsworth  as counsel in this
                                  (Attorney's Name)

case for:  Plaintiffs (Quinteros, et. al.)
               (Name of party or parties)

8/6/2008
Date

*(signature)*
Signature

Terry Collingsworth
Print Name

471830
BAR IDENTIFICATION

Conrad & Scherer 731 8th St SE
Address

Washington DC    20003
City    State    Zip Code

(202) 543-5811
Phone Number

email: tc@conradscherer.com