IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QUINTEROS, *et al.*,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DYNCORP, *et al.*,<br>　　　　　　Defendants. | Case No.1:07cv01042-RWR-DAR<br>Judge: Richard W. Roberts |

**PLAINTIFFS' NOTICE OF APPEARANCE**

On August 6, 2008, Plaintiffs' Counsel, Terry Collingsworth, entered a notice of appearance to correct information that the Court's data entry clerk incorrectly entered into the docket. At the request of the Court, Plaintiffs re-submit their Notice of Appearance and respectfully ask the Court to correct the following items, as they were entered on the August 6th notice:

Law Firm: CONRAD & SCHERER

Telephone: (202) 543-5811

Fax: (202) 527-7990

Email: tc@conradscherer.com

Respectfully re-submitted this 7th day of August, 2008.

By: _____
Terrence P. Collingsworth (DC Bar No. 471830)
Attorney for Plaintiffs *Quinteros, et. al.*