# Exhibit B

## Deposition Transcript Invoices

US Legal Support / dba Block Court Reporting
733 15th Street NW
Suite 937
Washington, DC 20005
(202) 638-1313 Fax (202) 638-3740

RECEIVED MAR 21 2002

OK to pay

Edi

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I STREET, NORTHWEST
WASHINGTON, DC 20005-3305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 33841 | 03/07/2002 | 30-24177 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/27/2002 | MITCSH | 01CV01908 |

**CASE CAPTION**

ARIAS vs. DYNCORP

**TERMS**

Due upon receipt

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Randy Beers | | | | |
| | | 96 Pages @ | 3.50/Page | 336.00 |
| | EXHIBITS | 247 Pages @ | .25/Page | 61.75 |
| | Delivery Regular | | | 10.00 |
| | | **TOTAL DUE >>>>** | | **407.75** |

Thank you. We appreciate your business. Please call us @ 202-638-1313, if you have any questions.

1152.2

[redacted]

**TAX ID NO. :** [redacted]

(202) 898-5800

*Please detach and return this portion with your payment*

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I STREET, NORTHWEST
WASHINGTON, DC 20005-3305

Invoice No. : 33841
Date : 03/07/2002
**TOTAL DUE : 407.75**

Job No. : 30-24177
Case No. : 01CV01908
ARIAS vs. DYNCORP

Remit To: **US Legal Support / dba Block Court Reporting**
**Chase Bank of Texas/DC Lockbox #200605**
**601 Travis Road**
**Houston, TX 77002**

OK to Pay
R. Stewart
8/13/09

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005

**Invoice #:** FL 139880
**Invoice Date:** 08/12/2009
**Balance Due:** $415.30

**Case:** Arias, et al. v. Dyncorp, et al.
**Job #:** 144557 | Job Date: 7/8/2009 | Delivery: Normal

**Location:**
Quito, Ecuador,

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Edwin Gonzabay, M.D. | Certified Transcript | Page | 104.00 | $338.00 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 28.00 | $23.80 |
| 4 | | Handling | Package | 1.00 | $14.50 |

**Notes:**

Fed. Tax ID: [redacted] | Term: Net 30

| | |
|---|---|
| Invoice Total: | $415.30 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $415.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Make check payable to:** Veritext Florida Reporting Co.,

**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # ______ Exp. Date ______

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

**Invoice #:** FL139880
**Job #:** 144557
**Invoice Date:** 08/12/2009
**Balance :** $415.30

**Remit payment to:**
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**

OK to pay
R. Stewart
8/13/09

# Veritext Florida Reporting Co.
## A Veritext Company

19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005

**Invoice #:** FL 139884
**Invoice Date:** 08/12/2009
**Balance Due:** $373.30

**Case:** Arias, et al. v. Dyncorp, et al.
**Job #:** 144558 | Job Date: 7/9/2009 | Delivery: Normal

**Location:** Quito, Ecuador,

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Querubin Celi Encarnacion | Certified Transcript | Page | 95.00 | $308.75 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 13.00 | $11.05 |
| 4 | | Handling | Package | 1.00 | $14.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $373.30 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $373.30 |

Fed. Tax ID: [redacted]

Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Make check payable to:** Veritext Florida Reporting Co.,

**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # ______ Exp. Date ______

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

**Invoice #:** FL139884
**Job #:** 144558
**Invoice Date:** 08/12/2009
**Balance :** $373.30

**Remit payment to:**
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**




**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Rosemary Stewart
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005

**Invoice #:** FL 139878
**Invoice Date:** 08/12/2009
**Balance Due:** $638.75

**Case:** Arias, et al. v. Dyncorp, et al.
**Job #:** 144559 | Job Date: 7/10/2009 | Delivery: Normal

**Location:**
Quito, Ecuador,

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Miguel Lopez Moreno | Certified Transcript | Page | 150.00 | $487.50 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 115.00 | $97.75 |
| 4 | | Handling | Package | 1.00 | $14.50 |

**Notes:**

Fed. Tax ID: [redacted]

Term: Net 30

| | |
|---|---|
| **Invoice Total:** | $638.75 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $638.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Make check payable to:** Veritext Florida Reporting Co.,

**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # ______ Exp. Date ______

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

**Invoice #:** FL139878
**Job #:** 144559
**Invoice Date:** 08/12/2009
**Balance :** $638.75



**Remit payment to:**
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

OK to Pay
Rosemary Stewart
11/6/09
1152.0002

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26280 | 11/5/2009 | 21615 |
| **Job Date** | **Case No.** | |
| 10/19/2009 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rolando R. Sanchez, Esquire
Hollingsworth, LLP
1350 I Street, N.W.
9th Floor
Washington DC 20005-3305



For the Original Transcript/Index of:

Depositions held in Ecuador from 10/19/09 through 10/29/09

| Item | Quantity | Unit | Amount |
|---|---|---|---|
| Minimum Transcript | 9.00 | | 13,050.00 |
| Transcript - Expedited (2-5 day turnaround) | 1,240.00 | Pages | 1,860.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | 9.00 | Flat | 180.00 |
| Exhibits: Scan / Copy - Black & White | 738.00 | Pages | 184.50 |
| Exhibits: Scan / Copy - Color | 24.00 | Pages | 18.00 |
| Process & Handling | | | 85.00 |
| **TOTAL DUE >>>** | | | **$15,377.50** |

In legal matters we look to the att[REDACTED], not their client, even if their client makes full or partial payment of a[REDACTED]

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **15,377.50** |

**Tax ID:** [REDACTED]

*Please detach bottom portion and return with payment.*

Rolando R. Sanchez, Esquire
Hollingsworth, LLP
1350 I Street, N.W.
9th Floor
Washington DC 20005-3305

Job No. : 21615 BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.
Invoice No. : 26280 Invoice Date : 11/5/2009
**Total Due : $15,377.50**

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

OK to Pay
R.Stewart
12/18/09

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26873 | 12/15/2009 | 21872 |

| Job Date | Case No. |
|---|---|
| 11/9/2009 | 1:01CV01908 (RWR-DAR) |

**Case Name**

Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

**Payment Terms**

Due upon receipt

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Depositions held in Ecuador from 11/9/09 through 11/18/09

| Item | Quantity | Unit | Amount |
|---|---|---|---|
| Minimum | 8.00 | | 11,600.00 |
| Minimun Transcript - Expedited | 1,317.00 | Pages | 1,975.50 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | 8.00 | Flat | 160.00 |
| Process & Handling | | | 35.00 |
| Exhibits: Scan / Copy - Black & White | 495.00 | Pages | 123.75 |
| Exhibits: Scan / Copy - Color | 35.00 | Pages | 26.25 |
| **TOTAL DUE >>>** | | | **$13,920.50** |

In legal matters we look to the [redacted] not their client, even if their client makes full or partial payment [redacted]

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **13,920.50** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Job No. : 21872 BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.
Invoice No. : 26873 Invoice Date : 12/15/2009
**Total Due : $13,920.50**

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

**PAYMENT WITH CREDIT CARD**

AMEX VISA

Cardholder's Name: ______________________
Card Number: ______________________
Exp. Date: __________ Phone#: __________
Billing Address: ______________________
Zip: __________ Card Security Code: __________
Amount to Charge: ______________________
Cardholder's Signature:

GORE BROTHERS Reporting Co., INC. RECEIVED JAN 27 2010

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28385 | 12/30/2009 | 22937 |
| **Job Date** | **Case No.** | |
| 12/9/2009 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| For the Copy/Index of Transcript of: | | |
|---|---|---|
| Dave Crago - CONFIDENTIAL | 356.00 Pages | 872.20 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 73.00 Pages | 18.25 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$927.45** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



OK to Pay
Bill DynCorp/CSC
R Stewart
1/25/10
1152.0002

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

RECEIVED APR 0 5 2010

OK to Pay
R. Stewart
4/5/10
1152.0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31162 | 3/31/2010 | 25259 |

| Job Date | Case No. |
|---|---|
| 3/16/2010 | 1:01CV01908 (RWR-DAR) |

| Case Name |
|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Thomas Karika | 136.00 Pages | 333.20 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 24.00 Pages | 6.00 |
| Process & Handling | | 17.00 |
| **TOTAL DUE >>>** | | **$376.20** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:**

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Invoice No. : 31162
Invoice Date : 3/31/2010
**Total Due : $ 376.20**

Job No. : 25259
BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

OK to Pay R Stewart 4/8/10 1152.0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31275 | 4/2/2010 | 25260 |
| **Job Date** | **Case No.** | |
| 3/17/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED APR 0 8 2010

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| | | |
|---|---|---|
| For the Copy/Index of Transcript of: | | |
| Brandon Webb - CONFIDENTIAL | 191.00 Pages | 467.95 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 24.00 Pages | 6.00 |
| Exhibits: Scan / Copy - Black & White | 16.00 Pages | 4.00 |
| Exhibits: Scan / Copy - Color | 5.00 Pages | 3.75 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$518.70** |

COPY OF THOMAS KARIKA EXHIBITS FROM 3/16 DEPO ATTACHED - 24 PAGES

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

[redacted]

**Tax ID:** [redacted]

*Please detach bottom portion and return* [redacted]

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Invoice No. : 31275
Invoice Date : 4/2/2010
**Total Due : $ 518.70**

Job No. : 25260
BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

RECEIVED APR 0 9 2010

OK to Pay
R. Stewart
4/9/10

1152.0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31351 | 4/5/2010 | 25261 |
| **Job Date** | **Case No.** | |
| 3/19/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED APR 0 9 2010

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | | |
|---|---|---|---|
| John Lehr - CONFIDENTIAL | 217.00 | Pages | 531.65 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 22.00 | Pages | 5.50 |
| Exhibits: Scan / Copy - Color | 12.00 | Pages | 9.00 |
| Process & Handling | | | 17.00 |
| | **TOTAL DUE >>>** | | **$583.15** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Job No. : 25261 BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.
Invoice No. : 31351 Invoice Date : 4/5/2010
**Total Due : $ 583.15**

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

OK to Pay @Stewart 4/16/10

1152.0002

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31466 | 4/8/2010 | 25262 |

| Job Date | Case No. |
|---|---|
| 3/23/2010 | 1:01CV01908 (RWR-DAR) |

**Case Name**

Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

**Payment Terms**

Due upon receipt

Rosemary Stewart, Esquire
Hollingsworth, L.L.P.
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Devin K. Ranck | 162.00 Pages | 396.90 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 35.00 Pages | 8.75 |
| Exhibits: Scan / Copy - Color | 3.00 Pages | 2.25 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$444.90** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice [redacted]

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

RECEIVED JUN 0 1 2010

OK
EL
1152-0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32170 | 4/27/2010 | 26125 |

| Job Date | Case No. |
|---|---|
| 4/13/2010 | 1:01CV01908 (RWR-DAR) |

| Case Name |
|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

| Payment Terms |
|---|
| Due upon receipt |

RECEIVED MAY 0 3 2010

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| | | |
|---|---|---|
| For the Copy/Index of Transcript of: | | |
| Andres Donoso-Calvo - CONFIDENTIAL | 102.00 Pages | 285.60 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 37.00 Pages | 9.25 |
| Exhibits: Scan / Copy - Color | 19.00 Pages | 14.25 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$346.10** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:**

*Please detach bottom portion and return with payment.*

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32253 | 4/28/2010 | 26126 |
| **Job Date** | **Case No.** | |
| 4/14/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

RECEIVED MAY 0 3 2010

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Original/Index of Transcript of:
Adolfo Maldonado Compos - CONFIDENTIAL

| Item | Quantity | Amount |
|---|---|---|
| Minimum | | 1,450.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 441.00 Pages | 110.25 |
| Exhibits: Scan / Copy - Color | 10.00 Pages | 7.50 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$1,604.75** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

ACCOUNTS PAYABLE
ATTY APPROVAL [signature]
CLIENT/MATTER # 1152-0002

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment*

RECEIVED MAY 2 1 2010

OK
EJ

1152-0002

RECEIVED MAY 18

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32684 | 5/12/2010 | 26280 |
| **Job Date** | **Case No.** | |
| 4/27/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Julian R. Medina - CONFIDENTIAL | 152.00 Pages | 372.40 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Exhibits: Scan / Copy - Black & White | 51.00 Pages | 12.75 |
| Exhibits: Scan / Copy - Color | | 0.75 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$422.90** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

[redacted]

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

1152.0002

RECEIVED MAY 21 2010

OK to Pay @ Stewart 5/19/10

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32817 | 5/12/2010 | 26348 |

| Job Date | Case No. |
|---|---|
| 4/28/2010 | 1:01CV01908 (RWR-DAR) |

**Case Name**

Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

**Payment Terms**

Due upon receipt

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| Description | Quantity | Amount |
|---|---|---|
| For the Copy/Index of Transcript of: | | |
| Elena Paige Hawn - CONFIDENTIAL | 46.00 Pages | 112.70 |
| Exhibits: Scan / Copy - Black & White | 32.00 Pages | 8.00 |
| For the Copy/Index of Transcript of: | | |
| Pilot John Doe - CONFIDENTIAL | 57.00 Pages | 139.65 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Transcript/Each Additional Wit Repository Archiving DepoLaunch | | 2.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| | TOTAL DUE >>> | $299.35 |

In legal matters we look to the attorney for [redacted] lient, even if their client makes full or partial payment of an invoice!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

RECEIVED NOV 1 6 2010

OK to Pay RS 11/15/10

1152.0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 38932 | 11/10/2010 | 32512 |
| **Job Date** | **Case No.** | |
| 10/27/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| For the Copy/Index of Transcript of: | | |
| --- | --- | --- |
| PX50 | 153.00 Pages | 374.85 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| | **TOTAL DUE >>>** | **$411.85** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Invoice No. : 38932
Invoice Date : 11/10/2010
**Total Due : $ 411.85**

Job No. : 32512
BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

1152.0002 Rosemary Stewart X 11/29/10

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

RECEIVED NOV 2 9 2010

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39361 | 11/19/2010 | 32513 |

| Job Date | Case No. |
|---|---|
| 11/5/2010 | 1:01CV01908 (RWR-DAR) |

**Case Name**

Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

**Payment Terms**

Due upon receipt

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| PX40 | 88.00 Pages | 215.60 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| | **TOTAL DUE >>>** | **$252.60** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Job No. : 32513 BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.
Invoice No. : 39361 Invoice Date : 11/19/2010
**Total Due : $ 252.60**

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

1152.0002
Rosemary Stewart X
11/29/10

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

RECEIVED NOV 29 2010

| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 39368 | 11/22/2010 | 32920 |
| **Job Date** | **Case No.** | |
| 11/8/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
| --- | --- | --- |
| Perry Holloway - CONFIDENTIAL | 67.00 Pages | 164.15 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$201.15** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:**

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Job No. : 32920 BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.
Invoice No. : 39368 Invoice Date : 11/22/2010
**Total Due : $ 201.15**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

R Stewart x 12/20/10
1152.0002

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40189 | 12/14/2010 | 33528 |
| **Job Date** | **Case No.** | |
| 12/1/2010 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| PX39 - CONFIDENTIAL | 99.00 Pages | 242.55 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$279.55** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

[redacted]

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Rosemary Stewart, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Job No. : 33528 BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.
Invoice No. : 40189 Invoice Date : 12/14/2010
**Total Due : $ 279.55**

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

RECEIVED A[illegible] 2 5 2011

E115
1152.0002

# INVOICE

OK

Gore Brothers Reporting & Video
20 S. Charles Street, Suite 901
Baltimore MD 21201
Phone:410.837.3027 Fax:410.685.6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44028 | 4/14/2011 | 36746 |
| **Job Date** | **Case No.** | |
| 3/30/2011 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| For the Original & 1/Index of Transcript of: | | |
|---|---|---|
| Michael A. Wolfson, M.D., MPH | 290.00 Pages | 1,609.50 |
| Reporter Appearance Fee | | 250.00 |
| Exhibits: Scan / Copy - Black & White | 358.00 Pages | 89.50 |
| Reading & Signing | | 35.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| | **TOTAL DUE >>>** | **$2,021.00** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Invoice No. : 44028
Invoice Date : 4/14/2011
**Total Due : $ 2,021.00**

Job No. : 36746
BU ID : 2-out o st
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

RECEIVED APR 1 8 2011

E1110

RECEIVED APR 25 2011

# INVOICE

Gore Brothers Reporting & Video
20 S. Charles Street, Suite 901
Baltimore MD 21201
Phone:410.837.3027 Fax:410.685.6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44052 | 4/12/2011 | 36747 |
| **Job Date** | **Case No.** | |
| 3/31/2011 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

| For the Original & 1/Index of Transcript of: | | |
|---|---|---|
| Michael A. Wolfson, M.D., MPH - Volume II | 226.00 Pages | 1,254.30 |
| Exhibits: Scan / Copy - Color | 6.00 Pages | 4.50 |
| Exhibits: Scan / Copy - Black & White | 211.00 Pages | 52.75 |
| Reading & Signing | | 35.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Reporter Appearance Fee | | 250.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| | **TOTAL DUE >>>** | **$1,633.55** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



**Tax ID:**

*...h payment.*

Job No. : 36747 BU ID : 2-out o st
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.
Invoice No. : 44052 Invoice Date : 4/12/2011
**Total Due : $ 1,633.55**

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**

RECEIVED APR 18 2011

RECEIVED JUL 05 2011

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45343 | 5/25/2011 | 37329 |

| Job Date | Case No. |
|---|---|
| 5/11/2011 | 1:01CV01908 (RWR-DAR) |

| Case Name |
|---|
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Accts Payable
Atty Approval: [signature]
Client/Matter No: 1152.002
Expense Code: E115
Date: 7/5/11

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Keith Solomon | 141.00 Pages | 359.55 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| | **TOTAL DUE >>>** | **$396.55** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

| | |
|---|---|
| (-) **Payments/Credits:** | 0.00 |
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **$396.55** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027 Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45422 | 5/26/2011 | 37330 |
| **Job Date** | **Case No.** | |
| 5/16/2011 | 1:01CV01908 (RWR-DAR) | |
| **Case Name** | | |
| Venancio Aguasanta Arias, et al. vs Dyncorp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Andrew Hewitt | 158.00 Pages | 402.90 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| | **TOTAL DUE >>>** | **$439.90** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!



Accts Payable
Atty Approval: [signature]
Client/Matter No: 1152.0002
Expense Code: E115
Date: May 26, 2011

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment*

Eric G. Lasker, Esquire
Hollingsworth, LLP
1350 I Street, N.W. - 9th Flr.
Washington DC 20005-3305

Invoice No. : 45422
Invoice Date : 5/26/2011
**Total Due : $ 439.90**

Job No. : 37330
BU ID : 1-MAIN
Case No. : 1:01CV01908 (RWR-DAR)
Case Name : Venancio Aguasanta Arias, et al. vs Dyncorp, et al.

Remit To: **Gore Brothers Reporting & Video**
**20 South Charles Street**
**Suite 901**
**Baltimore MD 21201**