# Exhibit C
## Hearing Transcript Invoices

| | |
|---|---|
| A044 (Rev. 12/89) | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** |

INVOICE NO: 00000645

**MAKE CHECKS PAYABLE TO:**

Michael Shallcross
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

Phone: (202) 898-5843

Fax: 202-682-1639

Scott Wallace, Reportng Inc
Official Court Reporter
333 Constitution Avenue, N.W.
Suite 6509
Washington, DC 20001

Phone: (202) 326-0566
FAX: (202) 449-4133
Tax ID: 20-2094796
Scottlyn01@aol.com

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 11-30-2007
DATE DELIVERED: 12-03-2007

**Case Style:** CA01-1908, Venacio Aguasanta Arias v Nestor Ermogenes Arroyo Quinte
Transcript of status call proceedings held on Novwember 27, 2007 before the Honorable Richard W. Roberts

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 44 | 5.50 | 242.00 | | | | | | | 242.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 242.00 |
| | | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | | | | | | | | TAX (If Applicable): | |
| | | | | | | | | | LESS AMOUNT OF DEPOSIT: | |
| | | | | | | | | | TOTAL REFUND: | |
| | | | | | | | | | TOTAL DUE: | $242.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *[signed]*    DATE: 12/3/07

(All previous editions of this form are cancelled and should be destroyed)



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 00000786

| Alexandra Musiuch<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>Washington, DC 20005<br><br>Phone: (202) 898-5843 | **MAKE CHECKS PAYABLE TO:**<br>Scott Wallace Reporting, Inc.<br>333 Constitution Avenue, N.W.<br>Suite 6509<br>Washington, DC 20001<br><br>Phone: (202) 354-3196<br>FAX (202) 449-4133<br>Tax ID: 20-2094796<br>Scottlyn01@aol.com |
|---|---|

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 12-01-2008 | DATE DELIVERED: 12-02-2008 |
|---|---|---|

**Case Style:** CA01-1908, Venancia Arias, et al., v DynCorpt, et al.
Transcript of status call proceedings held on November 25, 2008 before the Honorable Richard W. Roberts. Original and Electronic transcript to be sent to amasciuch@spriggs.com.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 81 | 6.05 | 490.05 | 81 | 1.20 | 97.20 | | | | 587.25 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 587.25 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:  Amt: | TOTAL DUE: | $587.25 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

*handwritten top right:* OK to Pay / R.Stewart / 8/4/09

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA |
|---|---|

INVOICE NO: 00000895

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Alexandra Musiuch<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>Washington, DC 20005<br><br>Phone: (202) 898-5843 | Scott Wallace Reporting, Inc.<br>333 Constitution Avenue, N.W.<br>Suite 6509<br>Washington, DC 20001<br><br>Phone: (202) 354-3196<br>FAX: (202) 449-4133<br>Tax ID: 20-2094796<br>Scottlyn01@aol.com |

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 07-29-2009    DATE DELIVERED: 08-03-2009

**Case Style:** CA01-1908, In re: Quinteros, et al., v DynCorpt, et al.
Transcript of status call proceedings held on July 17, 2009 before the Honorable Richard W. Roberts. Original and Electronic transcript to be sent to amasciuch@spriggs.com.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 64 | 4.85 | 310.40 | 64 | 0.90 | 57.60 | | | | 368.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 368.00 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:     Amt: | TOTAL DUE: | $368.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                    DATE

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

02-23-2011 06:02    SCOTT WALLACE REPORTING 202-449-4133    OK. R. Stewart 2/24/11    PAGE 1

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**INVOICE NO:** 00001055

**MAKE CHECKS PAYABLE TO:**

Rosemary Stewart, Esq.
Hollingsworth, LLP
1350 I Street, NW
Washington, DC 20005

Phone:  (202) 898-5800

Client/Matter #: 1152/0002

Scott Wallace Reporting, Inc.
333 Constitution Avenue, N.W.
Suite 6503
Washington, DC 20001

Phone:  (202) 354-3196
FAX     (202) 449-4133
Tax ID: 20-2094796
swallace.reporter@gmail.com

☐ CRIMINAL    ☒ CIVIL    **DATE ORDERED:** 02-23-2011    **DATE DELIVERED:** 02-23-2011

**Case Style:** 01-1980, Venancio A. Arias v Dyncorp Aerospace Operations
Transcript of status call proceedings held before the Honorable Richard W. Roberts on 12-14-10 (24pgs) and 6-3-10 (45pgs).  E-mails sent to jrives@hollingsworthllp.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL |  |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14-Day |  |  |  |  |  |  |  |  |  |  |
| Expedited |  |  |  |  |  |  |  |  |  |  |
| Daily |  |  |  | 69 | 1.20 | 82.80 | 24 | 0.90 | 21.60 | 104.40 |
| Hourly |  |  |  |  |  |  |  |  |  |  |
| Realtime |  |  |  |  |  |  |  |  |  |  |

MISC. CHARGES:
TOTAL: 104.40
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $104.40

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                     DATE

(All previous editions of this form are cancelled and should be destroyed)



RECEIVED NOV 22 2010

1350 I Street, NW
Washington, DC 20005

## CHECK REQUEST

AMOUNT $ **727.50**

DATE REQUESTED: 11/22/2010          DATE/TIME NEEDED: 11/22/2010

**Disposition:**

PAYABLE TO: Stephen C. Bowles and dba/Bowles Reporting Service, LLC

☐ USPS  ☐ COURIER
☐ COD   ☐ FEDEX

RETURN CHECK TO: Juanita E. Singleton

PREPARED BY: Juanita E. Singleton

### 1099 TAX FILING INFORMATION. COMPLETE IF REQUIRED.

FED Tax ID #  [  -       ]   OR   SS # [   -  -    ]

Mailing Address:
City:          State:          Zip Code:

REASON FOR PAYMENT: Payment for expedited transcript from 11/18/10 hearing.

RESPONSIBLE ATTY/MGR: Rosemary Stewart          Timekeeper #: 0 1 6 2

### PLEASE SELECT ONE OF THE FOLLOWING CATEGORIES BELOW:

**CLIENT EXPENSE**  [X]             ☐ **PROFESSIONAL DUES**
                                      (No Approval Required for ABA & DC Bar Dues)

Client/Matter #:  1 1 5 2 . 0 0 0 2

SAFEGUARD  LITHO USA  SFSL3GS  CK7S08113S

---

**HOLLINGSWORTH LLP**          CHECK DATE: 11-22-10   CHECK NO: 60694

| DATE | INVOICE | VOUCHER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11-22-10 | 112210 - DynCorp | 79716 | Payment of expedited Hearing transcript on 11/18/10 re Arias/Quinteros v. Dyncorp | 727.50 |

*Refund Received 1/4/11  295.66*

VENDOR: Stephen C. Bowles          VENDOR ID: 8223     TOTAL  $727.50